UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Christopher Polansky</u>

    v.                                Civil No.   12-cv-105-PB

<u>NH Department of Corrections,</u>
<u>Commissioner, et al.</u>

### O R D E R

On March 19, 2012, plaintiff filed a complaint and a motion to proceed in forma pauperis. Attached to his motion is a Certificate of Custodial Institution dated October 20, 2011. Pursuant to 28 U.S.C. § 1915(a)(2), a certified copy of the trust fund account statement must be filed "for the 6-month period immediately preceding the filing of the complaint." Accordingly, on or before April 24, 2012, plaintiff shall submit a Certificate of Custodial Institution signed by an authorized individual from the N.H. State Prison for the six-month period immediately preceding March 19, 2012.

SO ORDERED.

_____
Landya B. McCafferty
U.S. Magistrate Judge

April 3, 2012
cc:   Christopher Polansky, pro se