UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Christopher Polansky

    v.                                 Civil No.  12-cv-105-PB

NH Department of Corrections,
Commissioner, et al.


**O R D E R**


On March 19, 2012, plaintiff filed a complaint and a motion to proceed in forma pauperis.  Attached to his motion is a Certificate of Custodial Institution dated October 20, 2011. Pursuant to 28 U.S.C. § 1915(a)(2), a certified copy of the trust fund account statement must be filed "for the 6-month period immediately preceding the filing of the complaint." Accordingly, on or before April 24, 2012, plaintiff shall submit a Certificate of Custodial Institution signed by an authorized individual from the N.H. State Prison for the six-month period immediately preceding March 19, 2012.

    SO ORDERED.


                                        _____
                                        Landya B. McCafferty
                                        U.S. Magistrate Judge

April 3, 2012
cc:  Christopher Polansky, pro se