UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher Polansky</u>

    v.                                           Civil No. 12-cv-105-PB

<u>William Wrenn, Commissioner,</u>
<u>New Hampshire Department of</u>
<u>Corrections et al.</u>

<u>O R D E R</u>

Before the Court is plaintiff's "Motion for Emergency Preliminary Injunction" (Doc. No. 3). In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty is designated to review and consider the request for injunctive relief submitted by plaintiff and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    SO ORDERED.

                                            <u>/s/Paul Barbadoro</u>
                                            Paul Barbadoro
                                            United States District Judge

April 19, 2012

cc:   Christopher Polansky, pro se