UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Polansky

    v.                                                                                                Civil No. 12-cv-105-PB

Commissioner, NH Department of Corrections

**ORDER GRANTING MOTION TO PROCEED
*IN FORMA PAUPERIS***

      The plaintiff, an inmate at N.H. State Prison ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, and a certificate signed by an authorized individual from the Institution.  The certificate evidences that over the last six months, the plaintiff's average deposits have been $169.13 and the plaintiff's average monthly balance has been $17.73.  Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

      The motion to proceed *in forma pauperis* is GRANTED.  However, while 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance there shall be no initial filing fee assessed.  Going forward, however, the plaintiff shall be responsible for monthly payments of 20% each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  28 U.S.C. § 1915(b)(2).

      The initial partial filing fee, and monthly payments thereafter as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order.  A copy of this

Order, along with a copy of the signed Prisoner Consent Form (doc. no. 16), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

                                          _____
                                          Landya B. McCafferty
                                          United States Magistrate Judge

Dated: May 31, 2012

cc:   Christopher Polansky
       Inmate Accounts