UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher Polansky</u>

          v.          Case No. 12-cv-105-PB

<u>NH State Prison Warden, et al</u>


O R D E R

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 30, 2012. " '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));   <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO   ORDERED.


June 15, 2012                    /s/ Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge

cc: Christopher Polanksy, Pro Se
    Melissa Hanlon, Esq.
    Lynmarie Cusack, Esq.