```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Christopher Polansky

   v.                                    Civil No. 12-cv-105-PB

NH Department of Corrections,
Commissioner, et al.


**NOTICE OF RULING**

    Re:  Document No. 37, Motion to add new documents and photos to the case.

    Motion to add new documents and photos is denied without prejudice.  There is no present evidentiary issue before the court for determination, but Polansky may seek admission of such documents and photos in evidence at a later date, if appropriate.  Polansky's request for a complete copy of medical records is denied at this time, without prejudice to renewal during discovery as appropriate.  Defendants have agreed to provide Polansky access to all of his records upon his request, under conditions deemed secure by prison staff.

                                                     _____
                                                     Landya McCafferty
                                                     United States Magistrate Judge

Date: July 27, 2012

cc:  Christopher Polansky, pro se
     Lynmarie C. Cusack, Esq.
     Melissa M. Hanlon, Esq.