UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Christopher Polansky

    v.                        Civil No. 12-cv-105-PB

NH Department of Corrections, et al


ORDER

    Re: Document No. 42, Proposed Discovery Plan

    Ruling: Approved and adopted as a pretrial scheduling order with the following clarification: In his objection, plaintiff objects only to this court's approving the portion of the proposal that allows defendants to file a motion to dismiss by December 1, 2012.  The court's approval of the proposed discovery plan does not constitute an order to file such a motion, a comment on the merits of any such motion, or a forecast of the court's ruling should such a motion be filed.  The approval of the proposed pretrial scheduling order as submitted merely sets a filing deadline should any defendant wish to file a motion to dismiss.  In light of the court's approval of the parties' proposed discovery plan, the pretrial conference currently scheduled to occur on September 13, 2012, is cancelled. Trial: Two-week trial period beginning September 4, 2013.


Date:  September 11, 2012          /s/Landya McCafferty
                                            US Magistrate Judge

cc:  Christopher Polansky, Pro Se
     Lynmarie Cusack, Esq.
     Melissa Hanlon, Esq.