UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher Polansky</u>

     v.         Case No. 12-cv-105-PB

<u>NH Department of Corrections, et al</u>

O R D E R

  In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty, is designated to review the request for injunctive relief submitted by Plaintiff Christopher Polansky and, if necessary, conduct any hearing that may be set.

  In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

  SO ORDERED.


December 10, 2012       /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge

cc:  Christopher Polansky, Pro Se
   Melissa Hanlon, Esq.
   Lynmarie Cusack, Esq.