UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Polansky

       v.                            Case No. 12-cv-105-PB

NH Department of Corrections, et al

ORDER

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty, is designated to review the request for injunctive relief submitted by Plaintiff Christopher Polansky and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    SO ORDERED.

                                           /s/ Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge

Date: January 17, 2013

cc:   Christopher Polansky, Pro Se
      Melissa Hanlon, Esq.
      Jonathan Lax, Esq.
      Lynmarie Cusak, Esq.