8-14-13

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

USA

v.

Hoa Luu

Case # 13-cr-25-04-PB

## EXHIBITS

OFFERED BY: Defendant

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | redacted 12/14/12 Tilton Police Rept |

USDCNH-25 (2-96)