UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Polansky

v.

Civil No. 12-cv-105-PB

NH Department of Corrections,
Commissioner, et al

O R D E R

After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge Landya B.

McCafferty dated September 19, 2013.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: October 2, 2013

cc:  Christopher Polansky, Pro Se
     Lynmarie Cusack, Esq.
     Jonathan Lax, Esq.